UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:19CR00578 DPM |
| | ) | |
| v. | ) | Title 21, U.S.C. § 841(a)(1) |
| | ) | |
| ANTWANE NELSON | ) | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 03 2019

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about August 8, 2019, in the Eastern District of Arkansas, the defendant,

ANTWANE NELSON,

knowingly and intentionally possessed with intent to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(C).

### FORFEITURE ALLEGATION 1

Upon conviction of the offense alleged in Count One of this Indictment, the defendant ANTWANE NELSON, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

### FORFEITURE ALLEGATION 2

Upon conviction of Count One of this Indictment, the defendant, ANTWANE NELSON, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

### FORFEITURE ALLEGATION 3

Upon conviction of Count One of this Indictment, the defendant, ANTWANE NELSON, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21,

United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following specific property.

(END OF TEXT.  SIGNATURE PAGE ATTACHED)