IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                       ) | No. 4:19CR00578 DPM |
| ) | |
| ANTWANE NELSON                            ) | |

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

On or about August 8, 2019, in the Eastern District of Arkansas and elsewhere, the defendant,

ANTWANE NELSON,

having knowledge of a crime that can be prosecuted in the United States District Court for the Eastern District of Arkansas, to wit: possession of a controlled substance with the intent to distribute, did knowingly and intentionally conceal such criminal activity and fail to as soon as possible make known the same criminal activity to some judge or other person in civil or military authority under the United States, in violation of Title 18, United States Code, Section 4.

CODY HILAND
United States Attorney

UNITED STATES ATTORNEY/ASSISTANT
EDWARD O. WALKER
Assistant U.S. Attorney
AR Bar No. 2000076
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600
Edward.O.Walker@usdoj.gov