# IN THE UNITED STATES DISTRICT COURT OF ARKANSAS
# EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 4:19-cr-00578-DPM |
| | ) | |
| ANTWANE NELSON | ) | |

## SENTENCING MEMORANDUM

Comes now the Defendant Antwane Nelson, by and through his attorney Michael Kiel Kaiser of Lassiter & Cassinelli, respectfully moving this Court to impose a sentence of seven months with credit for time served. Nelson submits the following sentencing memorandum in support of this request.

## INTRODUCTION

On December 17, 2020, Mr. Nelson pleaded guilty to one count of Misprision of a Felony in violation of 18 U.S.C. § 4, a Class E Felony.

Given that Mr. Nelson spent more than 16 months in custody related to the charged conduct from his arrest on August 8, 2019 to his release pending sentencing on December 17, 2020, and given that his guidelines range is only 1-7 months, Mr. Nelson requests that he be sentenced to seven months with credit for time served.

## APPLICATION OF 18 U.S.C. § 3553(a)

18 U.S.C. §3553(a) sets out several parameters the Court must consider when deciding the appropriate sentence to impose: (1) the nature and

1

circumstances of the offense and the history and characteristics of the defendant; (2) the need for the sentence imposed to (A) reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; (B) afford adequate deterrence to criminal conduct; (C) protect the public from further crimes of the defendant; and (D) provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner. The sentencing court's "overarching" duty is to "impose a sentence sufficient, *but not greater* than necessary to accomplish the goals of sentencing." *Pepper v. United States,* 131 S. Ct. 1229, 101 (2011) (emphasis added). Defense counsel contends that the requested sentence of 37 months will still accomplish this goal.

    i.   The nature and circumstances of the offense and the history and characteristics of the defendant

    Nelson was born in southern Arkansas, but grew up and has spent the majority his life in Little Rock, where he attended **the** Little Rock Central High School. He is currently working at Burger King and supplementing his income by doing deliveries for Bite Squad He is the proud father of two children ages 15 and 12, and spends his free time watching sports, traveling, and spending time with family. He is eager to serve as a positive role model to his kids, and to continue to remain active in their lives by making positive choices and staying out of trouble (and custody).

While any conduct that supports other's narcotics trafficking is undoubtedly serious, the base offense level for the offense of conviction is only four. Mr. Nelson did more than 16 months in pretrial detention before pleading guilty and being released pending sentencing in this case. He already has credit for having served more than two times the upper level of his guidelines range.

While Mr. Nelson's criminal history could accurately be described as substantial, he is already on supervised release in case number 4:08-cr-00424-01. The fact that he is already under the supervision of this very Court weighs in favor of imposing the requested sentence without additional supervised release.

ii. <u>The need for the sentence imposed to reflect the seriousness of the offense to promote respect for the law, and to provide just punishment for the offense.</u>

A sentence of seven months with credit for 16+ months served is more than sufficient to promote respect for the law and provide just punishment.

iii. <u>The requested sentence will provide adequate deterrence to criminal conduct</u>

A sentence of seven months with credit for 16+ months is sufficient to deter criminal conduct in this case. Anyone who sees such a sentence will know that the Eastern District of Arkansas punishes even those who provide ancillary support to drug offenders severely, especially those already under supervision for previous federal drug crimes. Such a sentence would provide adequate deterrence both specifically as to Mr. Nelson and more generally to anyone considering any sort of involvement with drug trafficking within this district.

iv. <u>The requested sentence will protect the public from future crimes of Mr. Nelson</u>.

The requested sentence will protect the public from any future crime by Mr. Nelson, who is already on supervised release in another federal case.

## CONCLUSION

For the foregoing reasons, Mr. Nelson respectfully requests that this Court sentence him to seven months imprisonment with credit for time served accordingly.

WHEREFORE, Antwane Nelson respectfully requests this Court sentence him to the requested punishment.

Respectfully submitted,

/s/ Michael Kiel Kaiser
MICHAEL KIEL KAISER
Ark. Bar No. 2015001
Attorney for Defendant
Lassiter & Cassinelli
1001 La Harpe Blvd.
Little Rock, AR 72201
(501) 370-9300
Email: Michael@LCArkLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing, and also sent via email to the following:

Edward Walker.

5

Assistant United States Attorney
Email: Edward.O.Walker@usdoj.gov

       /s/ Michael Kiel Kaiser
       MICHAEL KIEL KAISER